RECEIVED
SDNY PRO SE OFFICE
2026 AUG 31 AM 10: 46

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAD W. TAYLOR, MD, PHD
PLAINTIFF

CIVIL COMPLAINT

v.

MR EDGAR C. GENTLE, III, ESQ.,
DEFENDANT

(REFILING LAWSUIT)

and

KROLL RESTRUCTURING ADMINISTRATION,
DEFENDANT

CASE NO.: 24-07037 (JLG)

CIVIL COMPLAINT SEEKING DAMAGES FOR KROLL RESTRUCTURING'S DECEPTIVE PRACTICE OF SELECTIVELY DECIDING WHO GETS DAMAGES FROM ENDO PHARMACEUTICAL INC.; DECEPTIVE AWARD SELECTION SO KROLL RESTRUCTURING AND THEIR ATTORNEYS CAN POCKET DAMAGE MONEY. AFTER SENDING DR. TAYLOR THOUSANDS OF PAGES OF DOCUMENTS, HE WAS DECEPTIVELY EXCLUDED FROM THE SETTLEMENT.

This lawsuit is filed because of the deceptive and dishonest award settlement by Kroll Restructuring Administration. Dr. Taylor filed a lawsuit against Endo Pharmaceuticals (Taylor v. Endo Pharmaceuticals, No. 21-cv-4276) because Endo Pharmaceuticals representatives encouraged Dr. Taylor to prescribe their products lolling Dr. Taylor into a false sense of security. This consisted of misrepresentations, misleading promotional materials, aggressive sales and marketing tactics, and deceptive trade practices. These were all designed to fraudulently promote the safety, efficacy and convenience of controlled substance prescribing in an effort to stimulate physician prescription conveyance thus resulting in a compromised environment within the physicians' practice leading to violations of compliance, legal standing, and of course, patient safety. See: Talton v. Arnell Golden Gregory, LLP, 276 Ga. App. 21, 27n.7, 622 S.E. 2d 589 (2005), and also see Jack v. Glaxo Wellcome, Inc., 239 F. Supp. 2d 1308, 1321 (2002).

Damages to Dr. Taylor as a previously practicing pain medicine physician include, but are not limited to, damage reputation, foregone license, lost income, missed opportunity, seized investments and assets, loss of freedom, stress and anxiety.

Endo Pharmaceuticals went into bankruptcy and Dr. Taylor was included in the settlement. He was told he was part of the Kroll Restructuring Bankruptcy and was on the list. Dr. Taylor was sent thousands of pages of literature from Kroll Restructuring, but in the end never received a final reply. Dr. Taylor properly filled all requested claims, and finally upon questioning was told he was NOT on the bankruptcy payment list which is fraud perpetrated by Kroll Restructuring and Mr. Edgar C. Gentle, III, Esq, who was in charge of the Endo Opioid Personal Injury Trust and Endo NAS Personal Injury Trust.

STATEMENT OF CLAIM

Dr. Taylor filed a lawsuit against Endo Pharmaceuticals (No. 21-cv-4276) and continued correspondence with the Endo Pharmaceuticals' Attorneys and finally Kroll Restructuring. Dr. Taylor's case made the final cut for compensation. Exhibit One shows that Kroll received Dr. Taylor's proof of claim and June 12, 2023 in connection with the Endo International Plc. jointly administered Chapter 11 Bankruptcy, and the assigned claim number was 8267.

During the following year, Dr. Taylor received thousands of pages of literature (a pile about 5 inches tall) and even several requests for votes on the structure of the bankruptcy. Exhibit Two shows Page One of the 1,044 page document "NOTICE OF FILING OF PLAN SUPPLEMENT". After several months Dr. Taylor had not heard from Kroll Restructuring, so he contacted both Kroll Restructuring and also Mr. Edgar C. Gentle. Exhibit Three is the response from the Kroll Restructuring Administration on August 21, 2024 with a toll free number and an Email address to contact. Dr. Taylor's son Jarrett contacted Kroll Restructuring and their response was "It is too late!" Kroll Restructuring NEVER contacted Dr. Taylor about the Bankruptcy Settlement. This was dishonest and treacherous, and of course means less money that Kroll Restructuring has to pay out and more profit for them!

In Dr. Taylor's clinic he saw on the average 5.4 chronic pain patients per day with a total of 1,150 chronic pain patients. Dr. Taylor discharged over 200 patients, and all prescribing was according to FDA approved guidelines. All patients were examined, and there were no overdoses nor deaths. Recently the the U.S. Supreme Court, in a case similar to Dr Taylor's, Ruan v. USA (No. 20-1410) found Dr. Ruan was NOT guilty by a 9/0 vote. Dr. Taylor also had a similar practice, all patients were treated in good faith and there was no mens rea. But because the DOJ initially flagged Dr. Taylor as prescribing too many controlled substances because of companies like Endo Pharmaceuticals, Dr. Taylor was taken to trial and sentenced to spend time in prison away from his family.

The Plaintiff, Dr. Taylor, maintains medical record evidence that such prescribing protocols remained within the guise of the manufacturer's recommendations, yet fell outside of the DEA's acceptable standards for excessive dosing therefore placing the complicity not on the Plaintiff who had no overdoses nor deaths and no mens rea but on the Manufacturer (Defendant) who promoted through Deceptive Trade Practices, and overzealous and illegal formulary which, but not for these fraudulent promotion tactics, would have vindicated Dr. Taylor of all wrongdoing.

Dr. Taylor, as a result of these Deceptive Trade Practices and his subsequent arrest, conviction, and imprisonment, has suffered Damages that include Compensatory; lost income, foregone license, missed opportunities, seized assets and investments, AND Punitive Damages to include; stress, anxiety, nightmares, depression, sleep deprivation, loss of freedom, tarnished reputation, imprisonment, and Post Traumatic Stress Disorder.

Finally, because of the dishonesty and deception of the Kroll Restructuring Administration, Dr. Taylor was led for years to believe he would be compensated for the harm done to him by Endo Pharmaceuticals. But now, after getting thousands of positive pages of documents and mail from Kroll Restructuring, Dr. Taylor has been cheated out of his rightful compensation. This is outright deception and treachery.

PRAYER FOR RELIEF

MAY THIS HONORABLE JUDGE, PRESIDING, MOVE THIS CAUSE TO JURY TRIAL;

As Presiding Judge to this presentment and Cause, I hereby GRANT the Plaintiff, Dr. Taylor, the right to PROCEED TO JURY TRIAL upon the merits of his claim, and as foundational grounds to further explore expert testimony and evidence in support of the findings. That, upon such GRANT to PROCEED, this Court shall DISMISS the Defendants" Demand for Summary Judgement, and move this case forward accordingly.

AS PRESCRIBED ON THIS DATE: AUGUST 21 ,2024

SO SHALL IT BE ORDERED BY THE COURT: X_________________________________
THE HONORABLE JUDGE, PRESIDING

DEMAND FOR DAMAGES

Tad W. Taylor, as Plaintiff, originally asked in the lawsuit against Endo Pharmaceuticals Forty Four Million Dollars Compensatory, and Forty Four Million Dollars for Punitive Damages. Since Kroll Restructuring is handling the bankruptcy, then 5% of this amount. or five cents on the dollar is fair. So the amount requested for damages is $4,400,000 (4.4 Million Dollars).

CERTIFICATE OF SERVICE

Plaintiff, Tad W. Taylor, hereby declares that the named Defendants in this Cause have been notified up receipt of a full and complete copy of the aforementioned Civil Complaint as as placed with the United States Postal Service via First Class Mail.

FORWARDED TO:

KROLL RESTURCTURING ADMINISTRATION
FDR STATION, PO BOX 5293
NEW YORK, NY 10150-9998

EDGAR C. GENTLE, III, ESQ
TRUSTEE AND CLAIMS ADMINISTRATOR
ENDO OPIOID PERSONAL INJURY TRUST AND ENDO NAS PERSON INJURY TRUST
PO BOX 361930
HOOVER, AL 35236-1930

SUBMITTED ON: ~~[struck out]~~ APRIL 28-21, 2025

RESPECTFULLY SUBMITTED BY: Tad W. Taylor
DR. TAD W. TAYLOR, MD, PHD, PLAINTIFF
PARALEGAL

SRF: 70384

EXHIBIT ONE

To: Taylor, Tad

In re: Endo International plc, et. al.
Case No. 22-22549 (JLG)
United States Bankruptcy Court for the Southern District of New York

**KROLL RECEIVED YOUR PROOF OF CLAIM**

This serves as confirmation that the proof of claim form you submitted in connection with the Endo International plc. jointly administered chapter 11 bankruptcy cases has been received by Kroll Restructuring Administration LLC ("***Kroll***") on Monday, June 12, 2023.

Your claim has been assigned claim number 8267.

Please **do not** discard this letter as you may need to refer to it in the future.

**The processing of your claim by Kroll and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Paul D. Leake
Lisa Laukitis
Shana A. Elberg
Evan A. Hill
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

EXHIBIT TWO

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **ENDO INTERNATIONAL plc, *et al.*,** | **Case No. 22-22549 (JLG)** |
| **Debtors.**[1] | **(Jointly Administered)** |
| | **Related Docket Nos. 3535, 3548 & 3549** |

**NOTICE OF FILING OF PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE** that on January 12, 2024, the Bankruptcy Court for the Southern District of New York (the "Court") entered the *Order (I) Scheduling a Combined Hearing for Approval of the Disclosure Statement and Confirmation of the Plan; (II) Conditionally Approving the Adequacy of the Disclosure Statement; (III) Approving (A) Procedures for Solicitation, (B) Forms of Ballots and Notices, (C) Procedures for Tabulation of Votes, and (D) Procedures for Objections; and (IV) Granting Related Relief* [Docket No. 3549] (the "Disclosure Statement Order"), which, among other things, conditionally approved the *Disclosure*

[1] The last four digits of Debtor Endo International plc's tax identification number are 3755. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1400 Atwater Drive, Malvern, PA 19355.

EXHIBIT THREE

KROLL
RESTRUCTURING
ADMINISTRATION

August 21, 2024

Dr. Tad W. Taylor, MD, PhD #26966-078
Federal Correctional Institution
P.O. Box 9000
Seagoville, TX 75159-9000

Dear Dr. Tad,

Thank you for contacting Kroll, the appointed claims and noticing agent for Endo International plc.'s chapter 11 case.

We have received your request for a change of mailing address and will process it accordingly.

Please note, on March 22, 2024, the Court entered an order confirming the Fourth Amended Joint Chapter 11 Plan of Reorganization.

Pursuant to the Plan of Reorganization, each personal injury opioid claim shall be channeled to the Personal Injury Trust and all of the Debtors' liability for such claim shall be assumed by the Trust. For more information regarding the Opioid Personal Injury Trust, including contact information for the trust and how to fill out a claim, please visit: https://endopitrust.com

Or, you may contact the Personal Injury Trust by mail or by phone as provided below.

Edgar C. Gentle, III., Esq.
Trustee and Claims Administrator
Endo Opioid Personal Injury Trust and Endo NAS Personal Injury Trust
P.O. Box 361930
Hoover, AL 35236-1930

Toll Free: 855-637-5538

Please note Kroll has no involvement with the administration of the Personal Injury Trust.

For information regarding the chapter 11 proceedings and any relevant pleadings, or if you wish to submit a claim, please visit: https://restructuring.ra.kroll.com/endo/ or you may contact the restructuring hotline toll-free in the U.S. and Canada at +1-877-542-1878 or +1-929-284-1688 for international calls.

DR. TAD W. TAYLOR, MD, PHD
# 26966-078
BEUMONT CAMP, UNIT 6B
PO BOX 26010
BEAUMONT, TX 77720

RECEIVED
SDNY PRO SE OFFICE
2026 AUG 31 AM 10:46

FOREVER · USA

FOREVER · USA

FOREVER · USA

FOREVER · USA

Pro se

COURT CLERK
U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY
DANIEL PATRICK MOYNIHAN, U.S. COURT HOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

USMS SDNY

RECEIVED
AUG 28 2026
CLERK'S OFFICE
S.D.N.Y.